STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
California Bar No. 149883
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6166
    Facsimile:  (213) 894-7177
    E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America

E-FILED: 5/20/2015

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>        v.<br>$20,355.00 IN U.S. CURRENCY,<br>        Defendant. | NO. CV 15-634 PSG (FFMx)<br><br>[~~PROPOSED~~]<br>CONSENT JUDGMENT OF FORFEITURE |

    Plaintiff and Jereyl Willis ("Willis") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

    The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1

1.   This Court has jurisdiction over the parties and the subject matter of this action.

2.   The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court.  No claims or answers have been filed and the time for filing claims and answers has expired.  All potential claimants to the defendant currency other than Willis are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.  The government has agreed to recognize the interest of Willis as set out below.

3.   $4,000.00 of the defendant $20,355.00 shall be returned to Willis through his counsel.  The United States Marshals Service shall release said funds, without interest, by wire transfer to Willis' counsel, who shall provide the information necessary to make the wire transfer (including bank account and routing information) forthwith.  The United States Marshals Service shall make the transfer within 45 days of the entry of this judgment or its receipt of the necessary wire transfer information, whichever is later.

4.   The government shall have judgment as to the remaining $16,355.00 in U.S. currency, and no other right, title or interest shall exist therein.  The government shall dispose of the forfeited currency according to law.

5.   Willis has agreed to release the United States of America, its agencies, agents, and officers, including employees

and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant currency and/or the commencement of this civil forfeiture action, including, without limitation, any claim for attorneys' fees or costs which may be asserted on behalf of Willis against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.

    6.   The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action.  This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

    7.   Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant currency.

DATED:    5/20   , 2015     **PHILIP S. GUTIERREZ**
                                                                                        THE HONORABLE PHILIP S. GUTIERREZ
                                                                                   UNITED STATES DISTRICT JUDGE

Presented by:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


 /s/ Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

4