USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 2:15-cv-00634-PSG-FFM Document 20 Filed 07/01/15 Page 1 of 1 Page ID #:74

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CV 15-634 PSG (FFMx) |
| DEFENDANT | TYPE OF PROCESS |
| $20,355.00 in U.S. Currency | Execute Consent Judgment of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA STEVEN R. WELK
U. S. COURTHOUSE
312 N. SPRING STREET, 14TH FLOOR
LOS ANGELES, CA 90012

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

FILED
CLERK U.S DISTRICT COURT
JUL - 1 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Pursuant to the attached Consnet Judgment of Forfeiture, please return $4,000.00, without interest, to claimant in care of his attorney Kevin E. Milner, Esq., 1201 North Main Street, Suite A, Crown Point, IN 46307, (219) 406-0556. The remaining $16,355.00 in U.S. currency shall be forfeited to the United States of America and disposed of in accordance to law.

CATS ID: 14-DEA-603150

Signature of Attorney other Originator requesting service on behalf of: ✓ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (213) 894-6166
DATE: 5/29/15

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 12 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk | Date 6/2/15 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service XX have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

Date 6/15/15  Time 1:00 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|
| $65.00 | | | $65.00 | | $65.00 | $0.00 |

REMARKS:
FORFEITED $16,355.00 ON 6/1/15.  RETURNED $4,000.00 ON 6/15/15.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00